No. 9789. STATE OF MONTANA, ex rel. GREAT NORTHERN RAILWAY COMPANY, a corporation, RELATOR, v. DISTRICT COURT of the SECOND JUDICIAL DISTRICT of THE STATE OF MONTANA, in and for the County of Silver Bow, and THE HONORABLE T. E. DOWNEY, Judge Presiding, RESPONDENTS.

306 Pac. (2d) 1109.

Decided Feb. 14, 1957.

*Weir, Gough & Matson, J. J. Burke, Jr.,* and *Edwin S. Booth, Jr.,* Helena, *H. D. Carmichael,* Butte, for relator.

Per Curiam.

Original proceeding seeking writ of supervisory control. The writ is denied and the proceeding ordered dismissed forthwith.